CIATED, INC., et al., Additional Defendants-Appellants, et al., Additional Defendant.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Breitel, J. P., M. M. Frank, Valente, Stevens and Bastow, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. EUGENE WARREN, Defendant-Appellant.— Judgment unanimously affirmed. No opinion. Concur — Botein, P. J., M. M. Frank, Valente, Stevens and Bastow, JJ.

■ CHARLES FRIEND, Respondent, v. RAFAEL ROMERO, Appellant.— Judgment unanimously affirmed, with costs to the respondent. No opinion. Concur — Botein, P. J., M. M. Frank, Valente, Stevens and Bastow, JJ.

■ BARTHOLOMEW MEEHAN, Respondent, v. HAROLD SLADE, Appellant, et al., Defendants. STANLEY J. PLOMINSKI, Respondent, v. HAROLD SLADE, Appellant.— Judgment unanimously affirmed, with costs to the respondents. No opinion. Concur — Botein, P. J., M. M. Frank, Valente, Stevens and Bastow, JJ.

■ HAMILTON ASSETS CORP., Appellant, v. IRVING KIRSHBERG, Respondent.— Determination unanimously affirmed, with costs to the respondent. No opinion. Concur — Botein, P. J., M. M. Frank, Valente, Stevens and Bastow, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ARTHUR BROWN, Appellant.— Order unanimously affirmed. No opinion. Concur — Breitel, J. P., Rabin, Valente, Stevens and Bastow, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ALFRED MANGIAMELI, Appellant.— Judgment unanimously affirmed. No opinion. Concur — Breitel, J. P., Rabin, Valente, Stevens and Bastow, JJ.

■ In the Matter of JEROME F. ABRAMS, Petitioner, against STEPHEN P. KENNEDY, as Commissioner of Police of the City of New York, Respondent.— Determination unanimously confirmed and the petition dismissed, with $50 costs and disbursements to the respondent. No opinion. Concur — Breitel, J. P., Rabin, Valente, Stevens and Bastow, JJ.

■ CAMPBELL D. CATONE, Appellant, v. VANDERBILT CHEMICAL CORPORATION, Respondent.— Judgment unanimously affirmed, with costs to the respondent. No opinion. Concur — Breitel, J. P., Rabin, Valente, Stevens and Bastow, JJ.

■ MARIAN M. SCHARFMAN et al., Respondents, v. MILLER AUTO SUPPLY & EQUIPMENT CO., INC., et al., Appellants.— Final judgment and order unanimously affirmed, with costs to the respondents. No opinion. Concur — Breitel, J. P., Rabin, Valente, Stevens and Bastow, JJ.

■ DEPARTMENT OF MENTAL HYGIENE OF THE STATE OF CALIFORNIA, Appellant, v. SAMUEL RENEL et al., Respondents.— Determination unanimously affirmed, with costs to the respondents. No opinion. Concur — Botein, P. J., M. M. Frank, Valente, Stevens and Bastow, JJ.

■ JAMES A. SUFFRIDGE, as President of Retail Clerks International Association, AFL–CIO, et al., Respondents, v. LOUIS LASKY et al., Appellants, et al., Defendants.— Motion for leave to reargue or, in the alternative, for leave to appeal to the Court of Appeals denied, with $10 costs. Concur — Botein, P. J., Breitel, M. M. Frank, McNally and Stevens, JJ.

(June 18, 1958)

■ MURRAY W. GARSSON, as Administrator of the Estate of ROSE F. GARSSON, Deceased, v. NATIONAL RUBBER MACHINERY COMPANY et al.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Concur — Botein, P. J., Breitel, Rabin, M. M. Frank and McNally, JJ.